IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DOROTHY JANET GUERRO,**

    **Plaintiff,**

**v.**                                                   **No. 13-cv-0322 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum [Doc. 16] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                           _____
                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**
                                                           **Presiding by Consent**